UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TIRAM LEWIS,

        Plaintiff,

                                            Case No.  1:09-CV-388

v.

                                            HON. GORDON J. QUIST

COCA-COLA ENTERPRISES, INC.,

        Defendant.

_____/

## JUDGMENT

In accordance with the Opinion entered on this date,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (docket no. 6) is **GRANTED**, Plaintiff's Motion for Summary Judgment (docket no. 10) is **DENIED**, and Plaintiff's complaint is **dismissed with prejudice**.

This case is concluded.

Dated:  November 20, 2009                     /s/ Gordon J. Quist
                                         GORDON J. QUIST
                                  UNITED STATES DISTRICT JUDGE